# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES GALLON,

      Petitioner,

v.                                          CASE NO.  4:06cv303-RH/WCS

STATE OF FLORIDA, et al.,

      Respondents.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 11), to which no objections have been filed.  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed without prejudice."  The clerk shall close the file.

      SO ORDERED this 24th day of October, 2006.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge